IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr2-SPM

STEVE TYRONE THOMPSON,

    Defendant.
_____/

## ORDER UNSEALING CASE

Upon consideration, the Government's Motion to Unseal (doc. 45) is granted. The clerk shall unseal this case. All documents shall be unsealed, with the exception of documents sealed in accordance with the Court's privacy policy.

SO ORDERED this 26th day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge