IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  
　　　　　　　　　　　　　　　　　　CASE NO. 4:08cr2-SPM/CAS  
　　　　　　　　　　　　　　　　　　CASE NO: 4:10cv154-SPM/CAS  
STEVE TYRONE THOMPSON,

　　　　Defendant.
_____/

## ORDER

This cause comes before the court for consideration of the magistrate judge's Report and Recommendation to Deny § 2255 Motion, dated January 30, 2013. (Doc. 68). Defendant filed an objection. (Doc 69). In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

　　1.　　The magistrate judge's report and recommendation (doc. 68) is ADOPTED and incorporated by reference in this order.

　　2.　　Defendant's amended motion pursuant to 28 U.S.C. § 2255 (doc. 55) is DENIED.

　　3.　　A certificate of appealability is DENIED..

**DONE AND ORDERED** this 11th day of March, 2013.

　　　　　　　　　　　　　　　　　　_s/ M. Casey Rodgers_  
　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**  
　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**